**FILED**

**FEB 2 5 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin
Clerk of Court

Santa Rosa Division
99 South E Street
Santa Rosa, CA 95404

(707)525-8539

1 gsa

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: Case Name - Falk v. Falk
    A.P. Case No.  - 07-1080
    Bankruptcy Judge Name - Alan Jaroslovsky

**CV 08    1109    VRW**

Dear Mr. Wieking:

[]    Enclosed please find a conformed copy of the notice of appeal, election to district court document,
      appellant designation, appellee designation, statement of issues, designated items to form the record
      on appeal, a certified copy of the docket and order being appealed for assignment to a district
      court judge.

[X]   Enclosed please find the notice of appeal, certified copy of the docket and order being appealed
      to form the record on appeal for assignment to a district court judge.

[]    Enclosed please find the record of designated items and a certificate of record for an appeal that
      has been previously sent to the district court.

[]    Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the
      Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this
letter and return it to *designated point of contact*.

GLORIA L. FRANKLIN, Clerk
United States Bankruptcy Court

Dated: February 14, 2008                By:   Dan Sondheim
                                              Deputy Clerk

ORIGINAL FILED

FEB 1 1 2008

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

1   CRAIG A. BURNETT, ESQ. ID. #118907
    LAW OFFICES OF C. BURNETT
2   537 FOURTH STREET, SUITE A
    SANTA ROSA, CALIFORNIA 95401
3   Telephone: (707) 523-3328
    Fax: (707) 523-3082
4   Email: cburnett@sonic.net

5   Attorney for Adversary Defendant/Counter-Claimant/Appellant

6                    **UNITED STATES BANKRUPTCY COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8   **In Re:**                          )    Case No. 07-10865
                                        )    Chapter    11
9                                        )
    SHANNON FALK,                        )    Adversary Proceeding No. 07-1080
10                      Debtor,          )
                                        )
11  _____        )
    SHANNON M. FALK,                     )    NOTICE OF APPEAL
12                      Plaintiff,       )
    vs.                                  )
13                                       )
    MICHAEL T. FALK,                     )
14                      Defendant,       )
                                        )
15  _____        )
    MICHAEL T. FALK,                     )
16                   Counter-Claimant,   )
    vs.                                  )
17                                       )
    SHANNON M. FALK,                     )
18                                       )
                   Counter-Defendant,    )
19  _____        )

20          Pursuant to Section 158(a)(1) of Title 28 of the United States Code, Adversary Defendant and

21  Counter-Claimant Michael T. Falk, appeals to the United States District Court for the Northern District of

22  California from the Order Granting Plaintiff's Motion for Summary Judgment ("Order") entered by the

23  Bankruptcy Court in this adversary proceeding on February 1, 2008.

24          The names of all other parties to the Order appealed from and the names, addresses and telephone

25  numbers of their respective attorneys are as follows:

26      **Adversary Plaintiff:**            Shannon Falk

27      **Represented by:**                 David N. Chandler, Esq.
                                            David N. Chandler, p.c.
28                                          1747 Fourth Street
                                            Santa Rosa, CA 95404
                                            Telephone (707) 528-4331

1

2     **Adversary Defendant**:          Michael T. Falk

3     **Represented by**:               Craig A. Burnett, Esq.
                                        Law Offices of C. Burnett
                                        537 Fourth Street, Suite A
4                                       Santa Rosa, CA 95401
                                        Telephone (707) 523-3328
5
                                        Bret E. Campoy, Esq.
6                                       Campoy & Bertram, L.L.P
                                        509 Seventh Street
7                                       Santa Rosa, CA 95401
                                        Telephone (707) 525-5778
8

9

10    Date: 11 February 2008            /S/ *Craig A. Burnett*
                                        Craig A. Burnett, CA State Bar No. 118907
11                                      Attorney for Adversary Defendant/Counterclaimant/Apellant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ORIGINAL FILED*

*FEB 1 3 2008*

*U.S. BANKRUPTCY COURT*
*SANTA ROSA, CA*

1  CRAIG A. BURNETT, ESQ. ID. #118907
   LAW OFFICES OF C. BURNETT
2  537 FOURTH STREET, SUITE A
   SANTA ROSA, CALIFORNIA 95401
3  Telephone: (707) 523-3328
   Fax: (707) 523-3082
4  Email: cburnett@sonic.net

5  Attorney for Adversary Defendant/Counter-Claimant/Appellant

6              **UNITED STATES BANKRUPTCY COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

8  **In Re:**                          )   Case No.  07-10865
                                        )   Chapter   11
9                                       )
   SHANNON FALK,                        )   Adversary Proceeding No. 07-1080
10                        Debtor,       )
                                        )
11 _____ )
   SHANNON M. FALK,                     )   APPELLANT'S ELECTION TO HAVE APPEAL
12                        Plaintiff,    )   HEARD BY U.S. DISTRICT COURT PURSUANT
   vs.                                  )   TO 28 U.S.C. 158(c)(1) AND BANKRUPTCY
13                                      )   RULE 8001(e)
   MICHAEL T. FALK,                     )
14                        Defendant,    )
                                        )
15 _____ )
   MICHAEL T. FALK,                     )
16                 Counter-Claimant,    )
   vs.                                  )
17                                      )
   SHANNON M. FALK,                     )
18                                      )
                   Counter-Defendant,   )
19 _____ )

20         Pursuant to Section 158(c)(1) of Title 28 of the United States Code and Bankruptcy Rule 8001(e),

21 Adversary Defendant and Counter-Claimant Michael T. Falk, elects to have this appeal heard by the United

22 States District Court for the Northern District of California from the Order Granting Plaintiff's Motion for

23 Summary Judgment ("Order") entered by the Bankruptcy Court in this adversary proceeding on February

24 1, 2008.

25

26 Date: 13 February 2008          /S/ *Craig A. Burnett*
                                   Craig A. Burnett, CA State Bar No. 118907
27                                 Attorney for Adversary Defendant/Counterclaimant/Apellant

28

**APPEAL**

# U.S. Bankruptcy Court
## Northern District of California (Santa Rosa)
## Adversary Proceeding #: 07-01080
### Internal Use Only

*Assigned to:* Judge Alan Jaroslovsky                              *Date Filed:* 10/10/07
*Related BK Case:* 07-10865
*Related BK Title:* Shannon Falk
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 91 Declaratory judgment

                14 Recovery of money/property - other

                72 Injunctive relief - other


**Plaintiff**
-----------------------

**Shannon Falk**                          represented by **David N. Chandler**
7000 Malone Rd.                                        Law Offices of David N. Chandler
Forestville, CA 95436                                  1747 4th St.
SSN: 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                                       Santa Rosa, CA 95404
                                                       (707) 528-4331
                                                       Email: DChandler1747@yahoo.com
                                                       *LEAD ATTORNEY*


V.


**Defendant**
-----------------------

**Michael T. Falk**                       represented by **Craig A. Burnett**
Post Office Box 1354                                   Law Offices of Craig A. Burnett
Forestville, CA 95436                                  537 4th St. #A
SSN: 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                                       Santa Rosa, CA 95401
                                                       (707) 523-3328
                                                       Email: cburnett@sonic.net


| Filing Date | # | Docket Text |
|---|---|---|
| 10/10/2007 | 1 | Adversary case 07-01080. 91 (Declaratory judgment), 14 (Recovery of money/property - other), 72 (Injunctive relief - other) Complaint by |

Case 3:08-cv-01109-VRW    Document 1    Filed 02/25/2008    Page 6 of 11

|  | | Shannon Falk against Michael T. Falk. Fee Amount $250. (Attachme nts: # 1 AP Cover Sheet # 2 Summons to be issued) (Chandler, David) (Entered: 10/10/2007) |
|---|---|---|
| 10/10/2007 | | Receipt of filing fee for Complaint(07-01080) [cmp,cmp] ( 250.00). Receipt number 4710005, amount $ 250.00 (U.S. Treasury) (Entered: 10/10/2007) |
| 10/12/2007 | 2 | Summons Issued on Michael T. Falk Answer Due 11/13/2007. Scheduling Conference to be held on 12/20/2007 at 02:00 PM at Santa Rosa Courtroom - Jaroslovsky. (ds, ) (Entered: 10/12/2007) |
| 10/16/2007 | 3 | Summons Service Executed on Michael T. Falk 10/16/2007 *(w/proof of service)*. (Chandler, David) (Entered: 10/16/2007) |
| 11/13/2007 | 4 | Answer to Complaint *w/proof of service by mail* Filed by Michael T. Falk. (Burnett, Craig) (Entered: 11/13/2007) |
| 11/21/2007 | 5 | Motion to Compel *Turnover By Custodian And Accounting [11 U.S.C. Section 543]*.. Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 11/21/2007) |
| 11/21/2007 | 6 | Notice of Hearing *On Motion To Compel Turnover By Custodian And Compel Accounting (w/proof of service)* (RE: related document(s)5 Motion to Compel filed by Plaintiff Shannon Falk). Hearing scheduled for 12/21/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 11/21/2007) |
| 11/21/2007 | 7 | Motion for Summary Judgment *Declarations of Shannon Falk and David N. Chandler, Memorandum Of Points And Authorities* Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 11/21/2007) |
| 11/21/2007 | 8 | Notice of Hearing *On Motion For Summary Judgment* (RE: related document(s)7 Motion for Summary Judgment/Adjudication filed by Plaintiff Shannon Falk). Hearing scheduled for 12/21/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 11/21/2007) |
| 12/05/2007 | 9 | Brief/Memorandum in Opposition to *Motion for Summary Judgment Filed by Plaintiff Shannon Falk and in Support of Counter-Motion for Summary Judgment Filed by Defendant Michael T. Falk* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 12/05/2007) |

| 12/05/2007 | ❏ 10 | Declaration of Defendant Michael T. Falk in Opposition of *Motion for Summary Judgment Filed by Plaintiff Shannon Falk and in Support of Counter-Motion for Summary Judgment filed by Defendant Michael T. Falk* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 12/05/2007) |
|---|---|---|
| 12/05/2007 | ❏ 11 | Statement of Uncontroverted Facts in Opposition to the Motion for Summary Judgment Filed by Plaintiff Shannon Falk and in Support of Counter-Motion for Summary Judgment Filed by Defendant Michael T. Falk (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 12/05/2007) |
| 12/05/2007 | ❏ 12 | Document: *Evidentiary Objections Filed by Defendant Michael T. Falk in Opposition to the Motion for Summary Judgment Filed by Plaintiff Shannon Falk.* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 12/05/2007) |
| 12/05/2007 | ❏ 13 | Notice Regarding *Counter-Motion for Summary Judgment Filed by Defendant Michael T. Falk, w/proof of service by mail* (RE: related document(s)7 Motion for Summary Judgment/Adjudication filed by Plaintiff Shannon Falk). Filed by Defendant Michael T. Falk. (Attachments: # 1 Exhibit proposed order) (Burnett, Craig) (This document is a notice of hearing. See document #15 for the correct links and hearing date and time.) Modified on 12/7/2007 (ds, ). (Entered: 12/05/2007) |
| 12/05/2007 | ❏ 14 | Motion for Summary Judgment Filed by Defendant Michael T. Falk. (Burnett, Craig) (Entered: 12/05/2007) |
| 12/06/2007 | ❏ 15 | Notice of Hearing *on Defendant Michael T. Falk's Counter-Motion for Summary Judgment w/proof of service by email* (RE: related document(s)14 Motion for Summary Judgment/Adjudication filed by Defendant Michael T. Falk, 7 Motion for Summary Judgment/Adjudication filed by Plaintiff Shannon Falk). Hearing scheduled for 12/21/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Defendant Michael T. Falk. (Burnett, Craig) (Entered: 12/06/2007) |
| 12/07/2007 | ❏ 16 | Declaration of Joann Campoy, Esq. in Opposition of *Plaintiff's Motion for Order Compelling Turnover by Custodian and Accounting w/proof of service by mail* (RE: related document(s)5 Motion to Compel). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 12/07/2007) |

https://ecf.canb.circ9.dcn/cgi-bin/DktRpt.pl?772664807489969-L_8...

| 12/11/2007 | ❏17 | Motion *For Order Determining Applicability Of Privilege; Declarations of David N. Chandler and Shannon Falk; Memorandum Of Points and Authorities* Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 12/11/2007) |
|---|---|---|
| 12/11/2007 | ❏18 | Notice of Hearing *On Motion For Order Determining Applicability of Privilege* (RE: related document(s)17 Motion Miscellaneous Relief filed by Plaintiff Shannon Falk). Hearing scheduled for 12/21/2007 at 09:00 AM at Santa Rosa Courtroom - Jaroslovsky. Filed by Plaintiff Shannon Falk. (Chandler, David) (Entered: 12/11/2007) |
| 12/13/2007 | ❏19 | Ex Parte Motion for Order Shortening Time for Giving Notice of Hearing (RE: related document(s)17 Motion For Order Determining Applicability Of Privilege filed by Plaintiff Shannon Falk) and Declaration of David N. Chandler Filed by Plaintiff Shannon Falk. (ds, ) (Entered: 12/13/2007) |
| 12/13/2007 | ❏20 | Order Granting Motion to Shorten Time (Related Doc # 19Ex Parte Motion for Order Shortening Time for Giving Notice of Hearing RE: 17 Motion For Order Determining Applicability Of Privilege ) (ds, ) (Entered: 12/13/2007) |
| 12/14/2007 | ❏21 | Objection *to Plaintiff's Motion for Order Determining Applicability of Privilege and Counter-Motion for Protective Order; Declaration of Craig A. Burnett in Support Thereof* (RE: related document(s)17 Motion Miscellaneous Relief). Filed by Defendant Michael T. Falk (Attachments: # 1 Exhibit Exhbts 1-3) (Burnett, Craig) (Entered: 12/14/2007) |
| 12/17/2007 | ❏22 | Defendant Michael T. Falk's Ex Parte Application for Order shortening time for giving notice of hearing on Defendant's counter-Motion for a Protective Order Filed by Defendant Michael T. Falk (RE: related document(s)17 Motion For Order Determining Applicability Of Privilege filed by Plaintiff Shannon Falk) . (kl, ) (Entered: 12/17/2007) |
| 12/17/2007 | ❏23 | Order Granting Defendant Michael T. Falk's Ex Parte Application for Order shortening time for giving notice of hearing on Defendant's counter-Motion for a Protective Order.(Related Doc # 22) (kl, ) (Entered: 12/17/2007) |
| 12/17/2007 | ❏ | Hearing Held (RE: related document(s)22 Defendant Michael T. Falk's Ex Parte Application for Order shortening time for giving notice of hearing on Defendant's counter-Motion for a Protective Order Filed by Defendant Michael T. Falk (After Hearing; Deposition to go forward as scheduled) (Appearances: Craig Burnett and David Chandler) (ta, ) (Entered: 12/18/2007) |

| | | |
|---|---|---|
| 12/20/2007 | ◯ | Hearing Continued (RE: related document(s)1 SC/Adversary case 91 (Declaratory judgment), 14 (Recovery of money/property - other), 72 (Injunctive relief - other) Complaint by Shannon Falk against Michael T. Falk. Status Conference to be held on 1/28/2008 at 2:00 PM Santa Rosa Courtroom (Appearances: Craig Burnett and David Chandler) (ta, ) (Entered: 12/20/2007) |
| 12/20/2007 | ◯ 24 | Declaration of David N. Chandler *In Reply to Opposition And In Opposition To Counter Motion For Summary Judgment* (RE: related document(s)14 Motion for Summary Judgment/Adjudication, 7 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Shannon Falk (Chandler, David) (Entered: 12/20/2007) |
| 12/21/2007 | ◯ | Hearing Continued (RE: related document(s)17 Motion *For Order Determining Applicability Of Privilege; Declarations of David N. Chandler and Shannon Falk; Memorandum Of Points and Authorities*). Hearing to be held on 1/11/2008 at 9:00 AM Santa Rosa Courtroom - Jaroslovsky for 17, (Appearances: David Chandler, Craig Burnett, Joann Campoy) (ds, ) (Entered: 12/21/2007) |
| 12/21/2007 | ◯ | Hearing Continued (RE: related document(s)5 Motion to Compel filed by Plaintiff Shannon Falk). Hearing to be held on 1/11/2008 at 9:00 AM Santa Rosa Courtroom - Jaroslovsky for 5, (Appearances: David Chandler, Craig Burnett, Joann Campoy) (ds, ) (Entered: 12/21/2007) |
| 12/21/2007 | ◯ | Hearing Continued (RE: related document(s)7 Motion for Summary Judgment/Adjudication filed by Plaintiff Shannon Falk). Hearing to be held on 1/11/2008 at 9:00 AM Santa Rosa Courtroom - Jaroslovsky for 7, (Appearances: David Chandler, Craig Burnett, Joann Campoy) (ds, ) (Entered: 12/21/2007) |
| 12/21/2007 | ◯ | Hearing Continued (RE: related document(s)14 Motion for Summary Judgment/Adjudication filed by Defendant Michael T. Falk, ). Hearing to be held on 1/11/2008 at 9:00 AM Santa Rosa Courtroom - Jaroslovsky for 14, (Appearances: David Chandler, Craig Burnett, Joann Campoy) (ds, ) (Entered: 12/21/2007) |
| 01/09/2008 | ◯ 25 | Objection *to Declaration of David Chandler Dated 12/20/07* (RE: related document(s)24 Declaration, ). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 01/09/2008) |
| 01/11/2008 | ◯ | Hearing Held (RE: related document(s)17 Motion For Order Determining Applicability Of Privilege Filed by Plaintiff Shannon Falk (After Hearing; Matter submitted - Judge Jaroslovsky to prepare a written decision within 10 days) (Appearances: David Chandler and Craig Burnett) (ta, ) (Entered: 01/14/2008) |

| 01/11/2008 | 🔾 | Hearing Held (RE: related document(s)5 Motion to Compel Turnover By Custodian And Accounting Filed by Plaintiff Shannon Falk (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision within 10 days) (Appearances: David Chandler and Craig Burnett) (ta, ) (Entered: 01/14/2008) |
| 01/11/2008 | 🔾 | Hearing Held (RE: related document(s)7 Motion for Summary Judgment Filed by Plaintiff Shannon Falk (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision within 10 days) (Appearances: David Chandler and Craig Burnett) (ta, ) (Entered: 01/14/2008) |
| 01/11/2008 | 🔾 | Hearing Held (RE: related document(s)14 Counter Motion for Summary Judgment Filed by Defendant Michael T. Falk (After Hearing; Matter submitted - Judge Jaroslovsky to prepare written decision within 10 days) (Appearances: Craig Burnett and David Chandler) (ta, ) (Entered: 01/14/2008) |
| 01/16/2008 | 🔾26 | Memorandum and Order on Motion for Turnover. (dp) (Entered: 01/16/2008) |
| 01/22/2008 | 🔾27 | Memorandum on Cross Motions for Summary Judgment. (dp) (Entered: 01/22/2008) |
| 01/28/2008 | 🔾 | Hearing Held (RE: related document(s)1 SC/Adversary case 91 (Declaratory judgment), 14 (Recovery of money/property - other), 72 (Injunctive relief - other) Complaint by Shannon Falk against Michael T. Falk. (After Hearing; Off calendar) (Appearances: David Chandler, Jr. and Craig Burnett) (ta, ) (Entered: 01/30/2008) |
| 02/01/2008 | 🔾28 | Order Granting Plaintiff's Motion for Summary Judgment (Related Doc # 7), Denying Defendant's Motion for Summary Judgment (Related Doc # 14) (ds, ) (Entered: 02/01/2008) |
| 02/11/2008 | 🔾29 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)28 Order on Motion for Summary Judgment/Adjudication, ). Appellant Designation due by 2/21/2008. Transmission to District Court due by 3/12/2008. Filed by Defendant Michael T. Falk (Burnett, Craig) Additional attachment(s) added on 2/14/2008 (ds, ). (Entered: 02/11/2008) |
| 02/11/2008 | | Receipt of filing fee for Notice of Appeal(07-01080) [appeal,ntcapl] ( 255.00). Receipt number 5108173, amount $ 255.00 (U.S. Treasury) (Entered: 02/11/2008) |

02/13/2008    ○30    Statement of Election to District Court, (RE: related document(s)29 Notice of Appeal, filed by Defendant Michael T. Falk). Filed by Defendant Michael T. Falk (Burnett, Craig) (Entered: 02/13/2008)

02/14/2008    ○31    Transmittal of Record on Appeal to District Court (RE: related document(s)29 Notice of Appeal filed by Defendant Michael T. Falk). (ds, ) (Entered: 02/14/2008)



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody
Dated    FEB 14 2008
Gloria L. Franklin, Clerk
by _____
Deputy Clerk

**Entered on Docket**
**February 01, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  David N. Chandler, Sr.   SBN 60780
   David N. Chandler, Jr.   SBN 235427
2  DAVID N. CHANDLER, p.c.
   1747 Fourth Street
3  Santa Rosa, CA  95404
   Telephone: (707) 528-4331
4
   Attorneys for Plaintiff
5
                UNITED STATES BANKRUPTCY COURT
6
                NORTHERN DISTRICT OF CALIFORNIA
7
8  IN RE:                        CASE NO. 07-10865

9  SHANNON FALK,                 CHAPTER 11

      Debtor.            /
10
11 SHANNON FALK,                 A.P. No. 07-1080

12    Plaintiff,

13 v.

14 MICHAEL FALK,
                                 ORDER GRANTING PLAINTIFF'S
      Defendant.         /       MOTION FOR SUMMARY JUDGMENT
15

16     The Motion for Summary Judgment filed herein by Shannon

17 Falk, Plaintiff, and the Counter Motion for Summary Judgment

18 filed herein by Michael Falk, Defendant, having regularly come

19 on for hearing before the above entitled Court on January 11,

20 2008, David N. Chandler appearing for Shannon Falk and Craig

21 Burnett appearing for Michael Falk, the matters having been

22 argued and submitted, and the Court having filed its Memorandum

23 of Decision on January 22, 2008, and cause appearing,

24     IT IS HEREBY ORDERED as follows:

25     1.   That the Motion for Summary Judgment filed by Shannon

26 Falk, Plaintiff, is granted.

27     2.   That the Motion for Summary Judgment filed by Michael

28 Falk, Defendant, is denied.

                              I

1     3.    That Judgment shall enter in favor of the Plaintiff on

2  the Complaint filed herein on October 10, 2007.

3

4  Dated: February 1, 2008

5

6                                 Alan Jaroslovsky
                                  U.S. Bankruptcy Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2