IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON FALK,

    Plaintiff,

v.

MICHAEL T FALK,

    Defendant.
_____/

No. C-08-01109 VRW
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:

    Bankruptcy Case: 07-1080
    Adversary No.:
    BAP No.:
    Appellant:

The appeal has been assigned the following case number C-08-01109 VRW before the Honorable Vaughn R. Walker.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/5/2008 at    in Ctrm 6, 17th Flr, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Feb 25, 2008

                                      For the Court
                                      Richard W. Wieking, Clerk

                                      By: Deputy Clerk

cc: USBC
    Counsel of Record