```
                    UNITED STATES BANKRUPTCY COURT           FILED
                    NORTHERN DISTRICT OF CALIFORNIA         APR 0 7 2008
                         SANTA ROSA DIVISION
                                                          RICHARD W. WIEKING
                                                          CLERK, U.S. DISTRICT COURT
In re                                                     NORTHERN DISTRICT OF CALIFORNIA

                                        Case Number: 07-10865

Shannon Falk                            Chapter: 11
                    Debtor(s)   /

Shannon Falk                            District Court Number: CV 08-1109 VRW

                                        A.P. No. 07-1080

            Plaintiff,

v.

Michael T. Falk

            Defendant.
_____/
```

## CERTIFICATE OF RECORD

The undersigned deputy clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed and copies are provided with this certificate. The status of the transcripts are as follows:

[X] All transcript(s) requested by either the Appellant or Appellee have been filed with this Court and a copy is attached.

[ ] No transcripts were requested by either the Appellant or Appellee.

                                        Gloria L. Franklin, Clerk
                                        United States Bankruptcy Court

Dated: April 4, 2008         By:        Dan Sondheim
                                        Dan Sondheim, Deputy Clerk