OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE
$ 00.80⁰
MAILED FROM ZIPCODE 94102

Craig A. Suenneth
260 N. Dutton Ave., Ste 297
Santa Rosa, CA 95401

NIXIE    949   SC 1    20  05/06/08
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 94102349999       *2705-02075-05-29*

9410203489

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
General Court Number
415.522.2000

April 11, 2008

TO COUNSEL OF RECORD:

CIVIL NUMBER: **CV 08-01109 VRW**

CASE TITLE: **SHANNON FALK -v- MICHAEL T FALK**

BANKRUPTCY NUMBER: **07-10865**

## NOTICE OF BRIEFING

The Record on Appeal in the above matter was entered in the docket of this Court on 4/11/08. Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on 5/5/08 (30 days after entry in the District Court docket).

The appellee shall serve and file a brief 20 days after service of appellant's brief.

The appellant may serve and file a reply brief 10 days after service of appellee's brief.

The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.

The Bankruptcy Status Conference date is hereby **VACATED**.

Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator