1 CRAIG A. BURNETT, ESQ. ID. #118907
LAW OFFICES OF C. BURNETT
2 537 FOURTH STREET, SUITE A
SANTA ROSA, CALIFORNIA 95401
3 Telephone: (707) 523-3328
Fax: (707) 523-3082
4 Email: cburnett@sonic.net

5 Attorney for Adversary Defendant/Appellant

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re:** | Case No. 07-10865 |
| | Chapter 11 |
| SHANNON FALK, | Adversary Proceeding No. 07-1080 |
| Debtor, | |
| | USDC Case No. CV 08-01109 VRW |
| SHANNON M. FALK, | |
| Plaintiff, | NOTICE OF HAVING FILED APPEAL |
| vs. | |
| MICHAEL T. FALK, | |
| Defendant, | |

TO ALL INTERESTED PARTIES, PLEASE TAKE NOTICE:

Defendant-Appellant Michael T. Falk, filed a Notice of Appeal in this action on February 11, 2008, Docket Entry No. 29. Although the Order which is the subject of this appeal was entered on February 1, 2008, Plaintiff Shannon Falk did not obtain a final judgment in this action until June 24, 2008. Pursuant to Bankruptcy Rule 8002(a), the notice of appeal filed after the announcement of a decision or order but before entry of the judgment, order, or decree shall be treated as filed after such entry and on the day thereof.

Accordingly, notice is hereby given and request is hereby made that the Notice of Appeal filed on February 11, 2008 be treated for all purposes as adequate notice that an appeal in this action is pending.

Date: 3 July 2008                    /S/ *Craig A. Burnett*
                                     Craig A. Burnett, CA State Bar No. 118907
                                     Attorney for Adversary Defendant-Appellant